# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

---

Appeal No. 2014-1472

---

MEYER INTELLECTUAL PROPERTIES LIMITED
and MEYER CORPORATION, U.S.,

*Plaintiffs-Appellants*,

v.

BODUM, INC.,

*Defendant-Appellee*.

---

## DEFENDANT-APPELLEE'S STIPULATED MOTION
## FOR EXTENSION OF THE BRIEFING SCHEDULE

Defendant-Appellee Bodum, Inc. ("Bodum"), by its attorneys, hereby moves

for a 21-day extension of time to file its opposition brief in this appeal, pursuant to

Fed. R. App. P. 26(b) and Fed. Cir. R. 26(b).   Bodum's opposition brief is

currently due August 28, 2014.  The 21-day extension will extend the due date

until September 18, 2014.  This would be the first extension of time provided to

Bodum on this brief.   Appellants' counsel agrees to Bodum's request, and asks, in

exchange, that the deadline for Appellants' to file a reply brief be similarly

extended to October 16, 2014.  Bodum agrees to reciprocal request.

1

**Discussion**

Here, good cause to grant the extension exists due to Bodum's diligent yet time-consuming efforts to retain new counsel together with new counsel's action and responsibility to properly investigate the issues present in this case.  As the schedule currently stands, Bodum's opposition brief is due on August 28, 2014, only 14 days after Bodum's previous counsel filed their motion to withdraw.  (Dkt. No. 22).  Upon review of the record, Bodum's counsel has determined that fourteen (14) days is simply not enough time for Bodum to respond given the long history of the case.

Bodum has discussed this motion with counsel for Plaintiffs-Appellants and has been advised that Plaintiffs-Appellants do not oppose such an extension.  Due to prior obligations that conflict with the revised briefing schedule, Plaintiffs-Appellants have asked that, in exchange, Bodum agrees to a 14-day extension for Plaintiffs-Appellants' reply brief.  If Bodum's extension is granted, Plaintiffs-Appellants' reply brief would be due on October 2, 2014.  The 14-day extension will extend the due date until October 16, 2014.  Bodum does not oppose such an extension.  Accordingly, Bodum respectfully requests that this Court grants its extension and Plaintiffs-Appellants' extension resulting in the following briefing schedule:

- September 18, 2014: Defendant-Appellee Bodum's opposition brief due

- October 16, 2014: Plaintiffs-Appellants' reply brief due.

 A declaration by Bodum's counsel setting forth Bodum's good cause is attached

as Exhibit A.


Dated: <u>August 21, 2014</u>          <u>s/ Daniel A. Boehnen</u>
                                       Daniel A. Boehnen
                                       McDonnell Boehnen
                                       Hulbert & Berghoff LLP
                                       300 South Wacker Drive
                                       Chicago, IL 60606
                                       Tel: (312) 913-0001
                                       Fax: (312) 913-0002
                                       *Attorneys for Plaintiff Bodum USA, Inc.*

# EXHIBIT A

**UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT**

Appeal No. 2014-1472

MEYER INTELLECTUAL PROPERTIES LIMITED
and MEYER CORPORATION, U.S.,

*Plaintiffs-Appellants*,

v.

BODUM, INC.,

*Defendant-Appellee*.

**DECLARATION OF DANIEL A. BOEHNEN PURSUANT TO
FED. CIR. R. 26(b)(5) AND FED. CIR. R. 47.3(d)**

I, Daniel A. Boehnen, am an attorney for Defendant-Appellee Bodum, Inc.

("Bodum"), in the above-captioned matter.

1.      Bodum has moved for a 21-day extension of time to file its opposition

brief in this appeal, pursuant to Fed. R. App. P. 26(b) and Fed. Cir. R. 26(b).

2.      Bodum's opposition brief is currently due on August 28, 2014.

3.      With a 21-day calendar extension, Bodum's opposition brief will be

due on September 18, 2014.

4.      Good cause to grant the extension exists due to Bodum's diligent yet time-consuming efforts to retain new counsel and new counsel's responsibility to conduct a full investigation of the issues present in this case.  As the schedule currently stands, Bodum's opposition brief is due on August 28, 2014, only 14 days after Bodum's previous counsel filed their motion to withdraw.  (Dkt. No. 22). Upon review of the record, Bodum's counsel has determined that fourteen (14) days is simply not enough time for Bodum to respond given the long history of the case.

5.      Counsel for Plaintiffs-Appellants has advised that Plaintiffs-Appellants have agreed to this request.   Given Plaintiffs-Appellants' scheduling conflicts, Bodum agrees that good cause also exists for the mutual extension of their date for reply.

6.      I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 21st day of August 2014 in Chicago, Illinois.

                                          s/ Daniel A. Boehnen
                                          Daniel A. Boehnen

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document was served August 21, 2014 via filing with USCAFC's CM-ECF system, which caused a copy to be served by email to the following registered users:

Joshua C. Krumholz  (joshua.krumholz@hklaw.com)
HOLLAND & KNIGHT LLP
10 St. James Avenue
11th Floor
Boston, MA 02116
(617) 523-2700

R. David Donoghue (david.donoghue@hklaw.com)
Steven E. Jedlinski (steven.jedlinski@hklaw.com)
HOLLAND & KNIGHT LLP
131 S. Dearborn St., 30th Floor
Chicago, IL 60603
(312) 263-3600

*Attorneys for Plaintiffs-Appellants*
*Meyer Intellectual Properties Limited and Meyer Corporation U.S.*


DATED: <u>August 21, 2014</u>


                                        s/ Daniel A. Boehnen
                                        Daniel A. Boehnen