FORM 8.   Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Meyer Intellectual Properties _____ v. Bodum, Inc. _____

No. 14-1472

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3.  Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se          [✓] As counsel for:     Bodum, Inc. _____
                                            Name of party

I am, or the party I represent is (select one):

[ ] Petitioner     [ ] Respondent     [ ] Amicus curiae     [ ] Cross Appellant
[ ] Appellant     [✓] Appellee     [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant     [ ] Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | David E. Bennett |
| Law firm: | Vedder Price P.C. |
| Address: | 222 N. LaSalle St. |
| City, State and ZIP: | Chicago, IL  60601 |
| Telephone: | 312-609-7714 |
| Fax #: | 312-609-5005 |
| E-mail address: | dbennett@vedderprice.com |

Statement to be completed by counsel only (select one):

[✓]   I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ]   I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ]   I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 2003_____

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes     [✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

8/29/2014 _____                              s/David E. Bennett _____
Date                                             Signature of pro se or counsel

cc: _____